[No. 46963-4-II.   Division Two.   July 19, 2016.]

ROLFE GODFREY ET AL., *Appellants*, v. STE. MICHELLE WINE ESTATES, LTD. ET AL., *Respondents*, ROBERT KORNFELD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-2-12968-7, Katherine M. Stolz, J., entered December 1, 2014. *Reversed* and *remanded* by unpublished opinion per Lee, J., concurred in by Bjorgen, C.J., and Worswick, J.

[No. 47318-6-II.   Division Two.   July 19, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES JOSEPH MAJORS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 14-1-01718-2, Carol Murphy, J., entered March 12, 2015. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Johanson and Melnick, JJ.

[No. 47546-4-II.   Division Two.   July 19, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON ROBERT STOMPS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 14-1-00772-8, Derek J. Vanderwood, J., entered April 29, 2015. *Affirmed* by unpublished opinion per Lee, J., concurred in by Melnick and Sutton, JJ.